NO. 12-08-00255-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




KEVIN JOHNSON AND 

JODY GRAY,
§
 APPEAL FROM THE 123RD

APPELLANTS


V.
§
 JUDICIAL DISTRICT COURT OF


OTIS RAY PICKERING,

J.W. SAMFORD, INDIVIDUALLY
§
 SHELBY COUNTY, TEXAS

AND D/B/A SAMFORD LOGGING,

APPELLEES






MEMORANDUM OPINION


PER CURIAM


 Appellants have filed an unopposed motion to dismiss this appeal with prejudice. In their
motion, they state that the parties have reached a resolution of this dispute and no longer wish to
pursue the appeal. Because Appellants have met the requirements of Texas Rule of Appellate
Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed with prejudice.

Opinion delivered November 5, 2008.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.




(PUBLISH)